**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**KEVIN ALLER,**

                    **Petitioner,**                    **11cv9089 (JGK)**
                                                       **00cr977 (JGK)**

    **- against -**

                                                       **ORDER**

**UNITED STATES OF AMERICA,**

                    **Respondent.**

---

**JOHN G. KOELTL, District Judge:**

The Court received the attached letter, dated September 18, 2020, from the defendant. Because the defendant is represented by counsel in connection with his resentencing, pursuant to the First Step Act, the Court strongly urges the defendant not to write directly to the Court, but to consult with his counsel, who will transmit any correspondence to the Court as appropriate.  This Order is being sent to the defendant's counsel, rather than to the defendant directly because the defendant is being represented.

**SO ORDERED.**

**Dated:    New York, New York**
           **September 22, 2020**

                                        _____
                                                **John G. Koeltl**
                                        **United States District Judge**

HONORABLE   JOHN  G.  KOELTL

1) Finaly CHARACTER LETTER
2) THREE LAW AND ARGUMENT REALLY QUESTION!



RECEIVED
SEP 2 2 2020
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

HONORABLE JOHN G. KOELTL                                    9-17-20
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

DEAR JUDGE KOELTL:
        I REVIEWED YOUR OPIONIEN AND FIRST I
RESPECTFULLY APPRECIATE YOUR CANDID CONSIDERATION
GIVEN THE FACTS IN MY CASE, AS I DONT DOWNPLAY OR OVER-
LOOK THE SERIOUSNESS OF MY CHARGES. ALTHOUGH MANY YEARS
HAVE PASSED, A DAY DONT GO BY THAT I'M NOT REMORSEFUL
SO "THANK YOU".
        TO BE FRANK WITH THE COURT IN THE BEGGANNING
MY ACTIONS IN FEDERAL PRISON WERE NOT WITH-OUT INCIDENT,
AS THIS COURT KNOWS, I WAS PLACED IN THE UNITED STATES
PENITENTIARY. AND THE US. ATTORNEY. IS WELL AWARE THOSE
PLACES ARE FILLED WITH SOME OF THE MOST NATORIOUS MEN IN
THE COUNTRY. WHO SPEND MOST OF THIER TIME CARING LESS AS
MOST HAVE SERIOUS AMOUNTS OF TIME, EVEN WITH 50 YEARS I
WAS CONSIDERED SHORT IN TIME, AND IN TURN I HAD MY
BATTLES IN PRISON, I OWN MY CONDUCT. I COULD HAVE END-
ED UP SERIOUSLY HURT OR DEAD TOO SAY THE LEAST, I ALWAYS
KNEW I MAY NOT MAKE IT AS THERE IS·ALWAYS SOMEONE TRYING
TOO PROVE THEMSELVES, HOW EVER.

(1)

Your Honor I DECIEDED EVEN WITH ALL THIS TIME, I'm A BETTER PERSON THAN THAT, AND I STOPPED! "FIRST" I STOPPED BEING MAD AT THE WORLD, AND MOST OF ALL AN ENEMY TOO MY SELF, I FOUND-OUT THE HARD WAY I MUST CAN FOR "MY SELF" BEFORE I COULD CARE FOR THE WELL BEING OF OTHER, AND THE TRUTH IS MY BATTLE, "WAS NOT" AN EASY ROAD, DEFINITLY NOT A DOWN HILL FIGHT, MORE UPHILL, BUT I CAME TOO TERMS, AND STARTED CAREING FOR MYSELF AS WELL AS OTHERS! IN RETURN MANY WAIKED AWAY FROM ME AND THAT WAS FINE, I HAD TO SWALLOW MY PRIDE, I HAVE SPENT MANY YEARS TALKING TOO "OTHERS" METORING THEM, MOSTLEY TELLING THEM THIS LIFE IS NOT WHERE ITS AT, IN THE END YOUR HONOR ITS MY "FAMILY" WHO STOOD BY ME THROUGH OUT ALL THIS TIME, NOT THE (STREET'S) OR ANY OF MY SOO CALLED (HOMEBOYS) WHERE WERE THEY? ALWAYS ASK! NO WHERE, FRAUDS WHO WHEN I WAS OUT, TALKED A GOOD GAME!

AND FROM THE START IT WAS MY IMMDIATELY FAMILY WHO HAD MY BACK FROM BIRTH I WAS LIKE MANY THAT I CROSSED (BLINDED) BY THE FAKE GLAMOUR". I'M NOT ALONE IN MY BLINDNESS, I'VE REPENTED ENDLESSLY, OF COURSE, SOME will SAY ITS BECAUSE I'M IN HERE TRYING TO OBTAIN MY FREEDOM, THE TRUTH IS I DONT WANT TOO BE YESTORDAYS MAN

THERE WILL ALWAYS BE MEDMORIES OF HIM, IT WHAT FUELS THE FIRE, MAKING SURE, HE DONT "EVEN" APPEAR AGAIN!" I'M NOT THAT MAN ANYMORE HE DONT "EXISIT", SURE ENOUGH

(2)

I'm well aware the U.S. Attorney feel's another way. But he was not present too personely see change even physicaly I'm not the "same." But that's small compared too my new way of thinking! I spend time with my family through e-mails, phone and visits. Even more importantly there will never be enough regret for the pain my family have suffered through-out all these years. I'm truly sorry for them any and all victims in my case.

Respectfully

Kevin Miller

IN ADDITION BECAUSE I'm OVERWHELMED WITH THIS OPPORTUNITY. I READ YOUR OPINION AND I BELIEVE I'M WITH YOU. THE COURT'S USED THE STATUTE TO COME CLOSEST TO LIFE AS POSSIABLE. HOWEVER THE STATUT HAS NO ROOM FOR GROUPING WITHIN ITS LANUAGE IN REGARDS TO THE CROSSREFFERNCING I HAVE ASKED MY ATTORNEY TO SEND THE CROSSREFERENCE IF IT'S IN THE STATUTE I WAS CONVICTED UNDER. I KNOW IT'S IN THE GUIDLINES.

HOWEVER THE COURT CHOSE TO USE THE STATUTORY LANGUAGE INSTEAD, MY GROUPING IS ILLEGAL AND IF I'M CORRECT MARITIMEE AND TERITORIAL JURISDICTION, MEAN'S FEDERAL ENCLAVES. AM I'M RIGHT?

LAST ONE !!

3553(a) LET'S YOU MR. KOELTL TO LOOK AT (1) A HIGHER DRUG-QUANTITY FINDING THAT WAS MADE FOR SENTENCING - NOT STATUTORY - PURPOSE (2) A MOVANT'S CAREER-OFFENDER STATUS, OR (3) A MOVANT'S SENTENCE BEING AT THE BOTTOM OF THE GUIDELINE RANGE. YOU HAVE WIDE LATITUDE TO DETERMINE WHETHER AND HOW TO EXER-CISE ITS DISCRETION AND THAT IT MAY CONSIDER THE 3553(a) FACTOR'S AND PREVIOUS DRUG-QUANTITY FINDING MADE FOR THE PURPOSES OF RELEVANT CONDUCT. SO THE GROUPING, CROSSREFERENCE WRONG? AM I'M RIGHT?