**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

        - against -

**KEVIN ALLER,**

                      **Defendant.**

---

**00-cr-977 (JGK)**
**11-cv-9089 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The Court has received the attached letter from the defendant again seeking compassionate release. The Court recently denied an earlier application for compassionate release without prejudice. The Court noted that it had reduced the defendant's sentence under the First Step Act to a point that was consistent with the section 3553(a) factors and that no further reduction was warranted. The defendant does not explain how those factors have changed in the brief period after the Court reduced the defendant's sentence. Moreover, before considering a renewed application, the defendant is required to exhaust his administrative remedies by making an application to the Bureau of Prisons for such relief and waiting at least 30 days to see if his application is granted.

    The defendant does raise questions about whether his alleged physical complaints are being cared for by the Bureau of Prison. Therefore, the Government is requested to report to the

Court on the defendant's physical condition and what is being done about the defendant's complaints.

The Court notes that the Federal Defenders were appointed to represent the defendant in connection with an application under the First Step Act but not with respect to the application for compassionate release. But the Federal Defenders are being copied on this order.

The defendant's renewed application for compassionate release is denied without prejudice to renewal.

**SO ORDERED.**

**Dated:    New York, New York**
**           September 11, 2020**                    /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                        **United States District Judge**

THE HONORABLE JOHN G. KOELTL                                    11-30

It's me Mr. Koeltl, I want to say may God Bless you & the family (Amen) I'm writing asking you, can I submit another Compassionate Release. Due to the fact! of the rise in covid 19. It now risen so high here in M.D.C BKLY. I never made it to a unit. MDC now lock me down in a icesalayshion un b/c they said someone on my Bus, or when they let me, & 13 other 13 people out to use the phone, shower. Then they lock 9 more people up. Than 3 more. All this in one unit. Mr. Koeltl I'm so affraid b/c they lock you in a cell & dont pay you no mind, where you can & will die in the cell & they will lie to your family. Mr. Koeltl my health is getting very very bad. I pray & humbly ask you. To take another look at my sitewayshion. & this deadly diense, I dont want my life to end like this. B/c even travelin back to my jail. Is a Death centence. I want to be able to kiss my mother, daughter, sawn kiss's. I also wanted to let you know that my home detention eligibilty date is 8-15-2043, so I'm eligible for a hafeway house in 2 years & we right around the corner from 2021. So I have 2 years left. Mr. Koeltl I'm asking you can I get home confinement due to this recent out break!! Mr. Koeltl it's picking up in here so much I've been asking to see the doctor for 4 days I still havent seen a doctor b/c I've been getting sharp, sharp pains in my heart. I'm so grateful, so grateful Mr. Koeltl for my resentce. You gave me another shot at life & wont let you down, nor my family & self But can you please look into this. I dont want to die in here b/c I cant be afforded proper attention. I just want to be with my family it's been 20 years

God Bless you!!
                Thank you so much

RECEIVED DEC 11 2020 CHAMBERS OF JOHN G. KOELTL U.S.D.J.