UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

KEVIN ALLER,

Defendant.

00-cr-977 (JGK)
11-cv-9089 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has received the attached letter from the defendant dated January 26, 2012, in which the defendant questions his proposed release date from the Bureau of Prisons. The defendant asserts that the Bureau of Prisons has not properly calculated the release date in view of the reduction in the defendant's sentence as a result of this Court's decision reducing the defendant's sentence under the First Step Act. However, the calculation of the release date for a defendant is committed to the Bureau of Prisons ("BOP"). See United States v. Wilson, 503 U.S. 329, 335 (1992) ("After a district court sentences a federal offender, the Attorney General, through BOP, has the responsibility for administering the sentence."). The defendant should present any dispute with the release date to the Bureau of Prisons in the first instance, including any appropriate grievance proceeding within the Bureau of Prisons. See 28 C.F.R. §§ 542.10-542.16. If the defendant is not satisfied with any resolution by the Bureau of Prisons, then the

1

appropriate remedy is to file a petition pursuant to 28 U.S.C. § 2241 contesting the calculation by the Bureau of Prisons. See Carmona v. United States Bureau of Prisons, 243 F.3d 629, 632 (2d Cir. 2001).

The Court will send a copy of this Order to Mr. Aller and well as to Mr. Aller's counsel who successfully argued for First Step relief for Mr. Aller.  Counsel may be able to assist Mr. Aller.

Mr. Aller's request to this Court to require the Bureau of Prisons to recalculate the defendant's release date is denied without prejudice.

The Clerk is directed to send a copy of this Order to the Defendant at: Kevin Aller 45021-054, Metropolitan Detention Center, P.O. Box 329002, Brooklyn, NY 11232.

**SO ORDERED.**

**Dated:**   **New York, New York**
           **February 5, 2021**                  /s/ John G. Koeltl
                                              **John G. Koeltl**
                                      **United States District Judge**

JAN 26 2021

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: United States v. Kevin Allen
00 CR 977 (JGK)

Dear Judge Koeltl:

I respectfully submits this letter in connection with my resentencing that happen on Nov 19, 2020. Under the First Step Act. There seem's to be a very, very serious problem and in close is my time I had befor the resentence, and the new one. There will be two set's" one of my custody classification form and sentence monitoring computation data

Mr. Koeltl befor I came in front of you, for the resentence as you can see on my male custody classification I had 282 month left! When you resentence me on Nov 19, 2020. You save me time serve on 20 year's running into count 2 & 3, & count 4 to ru consective. As you can see and what I'm bringing into & in front of you is I 30 year left. But my release date was saying 2044

So after you subtrack the 20 years. My time should say 42 month left. Not 72 month left.

    Mr. Koeltl How when I had 50 year's 6 year's was taking of for good time. That's how and why I had 44 years left!! But now with 30 year's on 6 year's of good time come off. It's not adding up right.

    Mr. Koeltl. If you took 20 year's off, from 282 month I should have 42 month left. But it's saying I have 72 month and it's wrong it went up 3 year's. Can you look at my exhibit's and see the math is wrong and can you please fix it. You gave me thirty more month, or grand peinie added it wrong.

Thank you. And God Bless.

*[signature]*

(2)

# EXHIBITS

Male Custody Classification Form
(2) set's my old one Befor the
Resentence. Saying 282 month.
And the new one, that saying 72
month. & It should say 42 month.

Sentence monitoring Computation Data.
(2) set's my old one Befor the
Resentence, showing the orgnal set up.
And the new one & It's Backwards
I have in a square.

```
   BROQG  606.00  *    MALE CUSTODY CLASSIFICATION FORM    *    12-14-2020
   PAGE 001 OF 001                                                10:27:12
                          (A) IDENTIFYING DATA
   REG NO..: 45021-054          FORM DATE: 07-24-2020        ORG: LEW
   NAME....: ALLER, KEVIN
                                     MGTV: NONE
   PUB SFTY: GRT SVRTY,SENT LGTH     MVED:
```

,EFOR MY Resentence on 11-17-20 (B) BASE SCORING

```
   DETAINER: (0) NONE            SEVERITY.......: (7) GREATEST
   MOS REL.: 282                 CRIM HIST SCORE: (02) 3 POINTS
   ESCAPES.: (0) NONE            VIOLENCE.......: (3) 5-10 YRS MINOR
   VOL SURR: (0) N/A             AGE CATEGORY...: (2) 36 THROUGH 54
   EDUC LEV: (1) ENRLD + SAT IN GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                          (C) CUSTODY SCORING
   TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (2) GOOD
   LIVING SKILLS...: (2) GOOD     TYPE DISCIP RPT: (0) GREATEST
   FREQ DISCIP RPT.: (3) NONE     FAMILY/COMMUN..: (4) GOOD

                   --- LEVEL AND CUSTODY SUMMARY ---
   BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
   +15  +15     0         +15       MEDIUM       N/A           IN      SAME


   G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

AS you CAN SEE subTract 240 monTH leave me with 42 MONTH. NO 72.!!

AS you CAN SEE I HAD 30 year left THan. OUT my whole 50 years !! THe more time more good Time. How. Only 6 years out A 50 years & 6 out A 30 years It Dont ADD up.

$$282 - 240 = 42$$ ← my Time sHould say THAT.

```
  BROQG  606.00  *      MALE CUSTODY CLASSIFICATION FORM      *    01-25-2021
  PAGE 001 OF 001                                                  09:26:42
                              (A) IDENTIFYING DATA
     REG NO..:  45021-054          FORM DATE: 01-21-2021      ORG: DSC
     NAME....:  ALLER, KEVIN
                                   MGTV: NONE
     PUB SFTY: GRT SVRTY           MVED:
```

*new one After my resentence* (handwritten)

```
                              (B) BASE SCORING
     DETAINER: (0) NONE            SEVERITY.......: (7) GREATEST
     MOS REL.: 72                  CRIM HIST SCORE: (02) 3 POINTS
     ESCAPES.: (0) NONE            VIOLENCE.......: (3) 5-10 YRS MINOR
     VOL SURR: (0) N/A             AGE CATEGORY...: (2) 36 THROUGH 54
     EDUC LEV: (1) ENRLD + SAT IN GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                              (C) CUSTODY SCORING
     TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (2) GOOD
     LIVING SKILLS...: (2) GOOD     TYPE DISCIP RPT: (0) GREATEST
     FREQ DISCIP RPT.: (3) NONE     FAMILY/COMMUN..: (4) GOOD

                    --- LEVEL AND CUSTODY SUMMARY ---
     BASE CUST VARIANCE  SEC TOTAL  SCORED LEV  MGMT SEC LEVEL  CUSTODY  CONSIDER
     +15  +15     0        +15        LOW          N/A            IN      SAME

  G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

(handwritten) As you can see I got 30 extra month why did it go up!!? You took off 20 years from 282.

```
BROQG  540*23 *          SENTENCE MONITORING         *   12-14-2020
PAGE 001       *          COMPUTATION DATA           *   10:40:24
                          AS OF 12-14-2020

REGNO..: 45021-054  NAME: ALLER, KEVIN


FBI NO............: 223292PA8      DATE OF BIRTH: 07-31-1975  AGE: 45
ARS1..............: BRO/A-HLD       ARS2.........: LEW/FED WRIT
UNIT..............: H               QUARTERS.....: H05-503U
DETAINERS.........: NO              NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: [08-15-2043]   The Time I Had left Before my
                                                Resentence
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: [02-15-2044] VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER....................: S4 00CR00977-01(JSM)
JUDGE............................: MARTIN, JR.
DATE SENTENCED/PROBATION IMPOSED: 09-26-2003
DATE COMMITTED...................: 11-13-2003
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.:    $300.00        $00.00          $00.00      $00.00

RESTITUTION...:  PROPERTY: NO   SERVICES: NO    AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 -----------------------
OFFENSE CODE....:  545      18:1962 RACKETEER (RICO)
OFF/CHG: T18:1962(D); RACKETEERING CONSPIRACY (COUNT 2);
         T21:846;T21:841(B)(1)(A); CONSPIRACY TO DISTRIBUTE AND
         POSSESS W/INTENT TO DISTRIBUTE COCAINE AND CRACK (COUNT 3)

   SENTENCE PROCEDURE...............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:     20 YEARS
   TERM OF SUPERVISION..............:      5 YEARS
   NEW SENTENCE IMPOSED.............:     40 YEARS
   BASIS FOR CHANGE.................: COURT ORDER MODIFYING SENTENCE
   CLASS OF OFFENSE.................: CLASS A FELONY
   DATE OF OFFENSE..................: 10-24-2000
```

Focus on this section. Why it start like this. But the new one. is backwards. That's one of the reasons my time reading wrong

G0002       MORE PAGES TO FOLLOW . . .

Mr. Koeltl I had 282 month left. you took 20 year's off. why my time not saying 42 month left.

I need your Help
Can you fix it.

```
 BROQG  540*23 *           SENTENCE MONITORING          *    12-14-2020
PAGE 002        *           COMPUTATION DATA            *    10:40:24
                            AS OF 12-14-2020

REGNO..: 45021-054 NAME: ALLER, KEVIN



-------------------------CURRENT OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  545    18:1962 RACKETEER (RICO)
OFF/CHG: T18:1959(A)(5); CONSPIRACY TO COMMIT MURDER (COUNT 4)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     10 YEARS
 TERM OF SUPERVISION............:      3 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE................: 12-29-1996

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-14-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-13-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 09-26-2003
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:     50 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     50 YEARS
AGGREGATED TERM OF SUPERVISION..:      5 YEARS
EARLIEST DATE OF OFFENSE........: 12-29-1996

JAIL CREDIT.....................:       FROM DATE     THRU DATE
                                        09-26-1997    10-02-1997
                                        10-07-1999    10-14-1999
                                        10-24-2000    09-25-2003









G0002        MORE PAGES TO FOLLOW . . .
```

```
 BROQG  540*23  *          SENTENCE MONITORING           *      12-14-2020
PAGE 003 OF 003 *           COMPUTATION DATA             *      10:40:24
                           AS OF 12-14-2020

REGNO..: 45021-054 NAME: ALLER, KEVIN


TOTAL PRIOR CREDIT TIME.........: 1082
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 2428
TOTAL GCT EARNED................: 808
STATUTORY RELEASE DATE PROJECTED: 02-15-2044
ELDERLY OFFENDER TWO THIRDS DATE: 02-09-2034
EXPIRATION FULL TERM DATE.......: 10-09-2050
TIME SERVED.....................:       20 YEARS       2 MONTHS        6 DAYS
PERCENTAGE OF FULL TERM SERVED..:    40.3
PERCENT OF STATUTORY TERM SERVED:    46.5

PROJECTED SATISFACTION DATE.....: 02-15-2044
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 10-09-07: SENTENCE COMP ASSUMED & DIS GCT TAKEN BY DSCC/ZMG
                06-10-09: AMEND J&C REC'D CTS 2 & 3 TO RUN CS TO EACH OTHER
                AND CT 4 TOTAL TIE 50 YRS. WSZ/D. 11-23-10: GED JEE/D. 4-4-14
                DIS 31.KPH/D.8-7-15 DIS 31.KPH/D. 4/8/20: FSA/GCT UPD D/JNW.
                05-14-20 GED UPDT D/CT2




















S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

```
BROQG  540*23 *          SENTENCE MONITORING           *   01-25-2021
PAGE 001       *          COMPUTATION DATA             *   09:25:47
                          AS OF 01-25-2021
```
*THE NEW ONE !!*

```
REGNO..: 45021-054  NAME: ALLER, KEVIN

FBI NO............: 223292PA8      DATE OF BIRTH: 07-31-1975 AGE: 45
ARS1..............: BRO/A-HLD      ARS2.........: LEW/FED WRIT
UNIT..............: H              QUARTERS.....: H05-503U
DETAINERS.........: NO             NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 07-30-2026
```
*new one is wrong*

```
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 01-30-2027 VIA GCT REL
```
*new one is wrong*

```
----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION............: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER....................: S4 00CR00977-01(JSM)
JUDGE............................: MARTIN, JR.
DATE SENTENCED/PROBATION IMPOSED: 09-26-2003
DATE COMMITTED...................: 11-13-2003
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

              FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $300.00       $00.00        $00.00       $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO    AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  545     18:1962 RACKETEER (RICO)
OFF/CHG: 18:1962(D); RACKETEERING CONSPIRACY (COUNT 2);
         21:846;21:841(B)(1)(C)(*); CONSPIRACY TO DISTRIBUTE WITH
         INTENT TO DISTRIBUTE COCAINE AND CRACK COCAINE (COUNT 3)

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    40 YEARS
  TERM OF SUPERVISION.............:     5 YEARS
  NEW SENTENCE IMPOSED............:    20 YEARS
  BASIS FOR CHANGE................: 1ST STEP ACT CRK COCN
  CLASS OF OFFENSE................: CLASS A FELONY
  DATE OF OFFENSE.................: 10-24-2000
```

*Focus on this section. They change the line up. It's backwards look at the old one*

*This is after you took my time off. Saying 2027. & It's wrong*

```
G0002       MORE PAGES TO FOLLOW . . .
```

*Mr. Koeltl I need your help can you fix it you took 20 years off that's 240 month. I had 282 month left. so why it's not saying 42 month. I need your help. Can you fix it*

```
 BROQG  540*23  *       SENTENCE MONITORING        *    01-25-2021
 PAGE 002       *        COMPUTATION DATA          *    09:25:47
                         AS OF 01-25-2021
```

REGNO..: 45021-054 NAME: ALLER, KEVIN


```
-------------------------CURRENT OBLIGATION NO: 020 --------------------------
 OFFENSE CODE....: 545    18:1962 RACKETEER (RICO)
 OFF/CHG: 18:1959(A)(5); CONSPIRACY TO COMMIT MURDER (COUNT 4)


  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    10 YEARS
  TERM OF SUPERVISION............:     3 YEARS
  CLASS OF OFFENSE...............: CLASS A FELONY
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO 010/010/010
  DATE OF OFFENSE................: 12-29-1996

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

 COMPUTATION 010 WAS LAST UPDATED ON 01-13-2021 AT DSC AUTOMATICALLY
 COMPUTATION CERTIFIED ON 01-15-2021 BY DESIG/SENTENCE COMPUTATION CTR

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 010: 010 010, 010 020

 DATE COMPUTATION BEGAN..........: 09-26-2003
 AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
 TOTAL TERM IN EFFECT............:    30 YEARS
 TOTAL TERM IN EFFECT CONVERTED..:    30 YEARS
 AGGREGATED TERM OF SUPERVISION..:     5 YEARS
 EARLIEST DATE OF OFFENSE........: 12-29-1996

 JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                      09-26-1997    10-02-1997
                                      10-07-1999    10-14-1999
                                      10-24-2000    09-25-2003




 G0002      MORE PAGES TO FOLLOW . . .
```

```
 BROQG  540*23 *        SENTENCE MONITORING         *    01-25-2021
PAGE 003 OF 003 *        COMPUTATION DATA           *     09:25:47
                         AS OF 01-25-2021

REGNO..: 45021-054 NAME: ALLER, KEVIN


TOTAL PRIOR CREDIT TIME..........: 1082
TOTAL INOPERATIVE TIME...........: 0
TOTAL GCT EARNED AND PROJECTED..: 1348
TOTAL GCT EARNED.................: 808
STATUTORY RELEASE DATE PROJECTED: 01-30-2027
ELDERLY OFFENDER TWO THIRDS DATE: 10-10-2020
EXPIRATION FULL TERM DATE.......: 10-09-2030
TIME SERVED.....................:      20 YEARS     3 MONTHS     17 DAYS
PERCENTAGE OF FULL TERM SERVED..: 67.6
PERCENT OF STATUTORY TERM SERVED: 77.1

PROJECTED SATISFACTION DATE.....: 01-30-2027
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 10-09-07: SENTENCE COMP ASSUMED & DIS GCT TAKEN BY DSCC/ZMG
                06-10-09: AMEND J&C REC'D CTS 2 & 3 TO RUN CS TO EACH OTHER
                AND CT 4 TOTAL TIE 50 YRS. WSZ/D. 11-23-10: GED JEE/D. 4-4-14
                DIS 31.KPH/D.8-7-15 DIS 31.KPH/D. 4/8/20: FSA/GCT UPD D/JNW.
                5-14-20 GED UPDT D/CT2. 1-13-21:REC'VD AJC (T/S) CT.3, CT.2
                20 YRS & CT.4  10 YRS C/S. REDUCING TIE FROM 50 YRS TO 30 YRS.
                D/DMR




S0055           NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```